UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-8094 PA (CTSx) | Date | October 28, 2026 |
| Title | State National Insurance Company, Inc. v. Harold Herskowitz, et al. | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS – ORDER TO SHOW CAUSE

Before the Court is a Rule 26(f) Statement filed by plaintiff State National Insurance Company, Inc. ("Plaintiff"). (Docket No. 27.) This is a declaratory relief action brought by Plaintiff to clarify its duty to indemnify the defendants Harold Herskowitz and Afton Properties in a pending state court action. Plaintiff's report states that prior to filing the case, the parties agreed to stipulate to a stay of this matter until after the conclusion of the underlying action, and that a stipulation will be prepared once "the pleadings and service issues" have been addressed. (Id.) Because of the potential of a stay of this matter, Plaintiff's Rule 26(f) Statement did not include the information required in the Court's Order Scheduling Meeting of Counsel (Docket No. 11); instead, Plaintiff requests that the Court decline to issue dates or follow its usual case management procedures. That request is denied.

Based on the information provided in Plaintiff's report, it appears that this action may have been prematurely filed. Accordingly the Court orders that the parties show cause, in writing, why this action should not be dismissed without prejudice pending adjudication of the underlying state court action. Plaintiff is ordered to serve a copy of this order on all defendants, including those that have not yet answered or been served. The parties shall file a joint report in response to this Order to Show Cause by no later than November 10, 2026. The matter shall stand submitted upon the filing of the response, and the Court will notify the parties should it decide that a hearing is necessary. Failure to respond to the Order to Show Cause may result in the imposition of sanctions.

The Court also continues the November 2, 2026 Scheduling Conference to November 16, 2026 at 10:30 a.m. The failure to comply with the parties' obligations attendant to the November 16 Scheduling Conference may result in the imposition of sanctions, including dismissal or striking of an answer and entry of default.

IT IS SO ORDERED.