JS-6

Michelle R. Press (SBN 163637)
Michelle.Press@wilsonelser.com
Jaime Y. Ritton (SBN 303483)
Jaime.Ritton@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
633 West 5th Street, Suite 3100
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Plaintiff State National Insurance Company, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD HERSKOWITZ, an individual; AFTON PROPERTIES, INC., a California Corporation; and CHARLES BARSTEIN, an individual;<br><br>Defendants. | Case No.: 2:26-cv-08094-PA-(CTSx)<br><br>District Judge: Percy Anderson<br>Magistrate Judge: Christina T. Shay<br><br>**ORDER RE: STIPULATION TO DISMISS THE ACTION WITHOUT PREJUDICE IN RESPONSE TO THE OSC ORDER DATED OCTOBER 28, 2026 [ECF 36]**<br><br>Date: November 16, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom: 9a, 9th Floor.<br>350 West 1st Street, Suite 4311<br>Los Angeles, Ca 90012<br>Complaint Filed: July 23, 2026<br>Trial: TBD |

Plaintiff, STATE NATIONAL INSURANCE COMPANY, INC. ("State National"); Defendant HAROLD HERSKOWITZ ("Herskowitz"), Defendant AFTON PROPERTIES, INC. ("Afton"); and Defendant CHARLES BARSTEIN ("Barstein"), through their respective counsel, stipulated to respectfully request this Honorable Court to dismiss this action without prejudice pursuant to its Order dated October 28, 2026.

The Parties' stipulation to dismiss the action without prejudice is as follows:

1. On October 28, 2026, the Court issued an Order to Show Cause hearing after reviewing State National's Rule 26(f) Statement because the action may have been prematurely filed. [ECF 36]

2. State National served on all the parties a copy of the October 28, 2026 Order. [ECF 37]

3. The parties met and conferred and prepared their respective positions in response to the OSC Order.

4. Upon reviewing the defendants' respective positions, State National made the decision to proceed with the dismissal without prejudice.

5. The Parties agreed to stipulate to the dismissal without prejudice on November 10, 2026.

Accordingly, the Parties stipulate to the dismissal without prejudice in response to this Court's Order on October 28, 2026 [ECF 36] and respectfully request this Court enter a dismissal without prejudice.

After reviewing the contents of the accompanying stipulation signed by the Parties' respective counsel, this Court enters a dismissal without prejudice.

IT IS SO ORDERED.

Dated: November 12, 2026

Percy Anderson
United States District Judge